AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| RONALD JAMES JOSE,<br><br>Plaintiff,<br><br>V.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 16-00072 JMS-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>November 1, 2016<br><br>At 5 o'clock and 25 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Decision of the Administrative Law Judge is AFFIRMED, and affirmed as pursuant to and in accordance with the Court's Order filed on November 1, 2016: The "ORDER AFFIRMING THE SOCIAL SECURITY ADMINISTRATION'S DENIAL OF BENEFITS TO PLAINTIFF RONALD JAMES JOSE."

| | |
|---|---|
| November 1, 2016 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |